**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAVE LONG BEACH ISLAND, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al*.<br><br>*Defendants.* | Case No.: 1:25-cv-02211-JMC<br>Judge Jia M. Cobb |

## <u>MOTION OF ATLANTIC SHORES OFFSHORE WIND, LLC TO INTERVENE AS DEFENDANT</u>

Atlantic Shores Offshore Wind, LLC ("Atlantic Shores") respectfully moves to intervene as of right as a defendant in this case pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, seeks permissive intervention pursuant to Federal Rule of Civil Procedure 24(b). In accordance with Local Civil Rule 7, in support of its Motion, Atlantic Shores is concurrently filing its statement of points and authorities, declaration of Joris Veldhoven, and proposed order. In addition, pursuant to Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7(j), Atlantic Shores' proposed Answer to Plaintiffs' Complaint is attached hereto as Exhibit 1. Atlantic Shores respectfully requests that the Court grant its Motion to Intervene.

Pursuant to Local Civil Rule 7(m), counsel for Atlantic Shores has conferred with the parties regarding this Motion. Plaintiffs stated that they do not oppose Atlantic Shores' intervention. Federal Defendants take no position on Atlantic Shores' intervention.

Respectfully submitted,

/s/ Hilary Tompkins
Hilary Tompkins (DC Bar No. 252895)
Brian Malat (DC Bar No. 1736216)
**HOGAN LOVELLS US LLP**
555 13th Street N.W.
Washington, D.C. 20004
Phone: (202) 637-5617
hilary.tompkins@hoganlovells.com
brian.malat@hoganlovells.com

Dated:  August 12, 2025          *Counsel for Proposed Intervenor-Defendant*
                                 *Atlantic Shores Offshore Wind, LLC*

2