**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAVE LONG BEACH ISLAND, *et al*. <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, *et al*. <br><br> *Defendants*. | Case No.: 1:25-cv-02211-JMC <br> Judge Jia M. Cobb |

**[PROPOSED] ORDER
GRANTING MOTION TO INTERVENE**

Upon consideration of the Motion to Intervene filed by Atlantic Shores Offshore Wind, LLC

("Atlantic Shores"), the relevant briefing and legal authorities, and other submissions before this

Court,

**IT IS HEREBY ORDERED** that Atlantic Shores' Motion to Intervene of right under

Federal Rule of Civil Procedure 24(a) is GRANTED; and

**IT IS FURTHER ORDERED** that Intervenor-Defendant Atlantic Shores' proposed Answer

to Plaintiffs' Complaint is deemed to be filed as of the date of this Order.

**SO ORDERED** on this _____ day of _____, 2025.


_____

Jia M. Cobb
United States District Judge

- 1 -