**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAVE LONG BEACH ISLAND, *et al*.<br><br>    *Plaintiffs*,<br><br> v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al*.<br><br>    *Federal Defendants*,<br><br> and<br><br>ATLANTIC SHORES OFFSHORE WIND, LLC,<br><br>    *Intervenor-Defendant.* | Case No.: 1:25-cv-02211-JMC<br>Judge Jia M. Cobb |

**INTERVENOR-DEFENDANT ATLANTIC SHORES OFFSHORE WIND, LLC'S**
**SUPPLEMENTAL NOTICE REGARDING THE FEDERAL DEFENDANTS' REMAND**
**MOTION**

In its February 4, 2026 notice, Intervenor-Defendant Atlantic Shores Offshore Wind, LLC ("Atlantic Shores")[1] stated it would give an update on April 3, 2026 on the status of its discussions with the Bureau of Ocean Energy Management to resolve in whole or in part Atlantic Shores' objections to the Remand Motion. Dkt. No. 23, at ¶¶ 3, 5. Those discussions are ongoing and proceeding in good faith. Atlantic Shores will provide a further status report to the Court on the discussions by May 4, 2026.

---

[1] "Atlantic Shores" refers to Atlantic Shores Offshore Wind, LLC, and the following entities of which it is the sole member and a member manager: (1) Atlantic Shores Offshore Wind Project 1, LLC, which is the developer of Atlantic Shores South Project - Project 1 under Lease OCS-A 0499; and (2) Atlantic Shores Offshore Wind Project 2, LLC, which is the developer of Atlantic Shores South Project - Project 2 under Lease OCS-A 0499, now designated OCS-A 0570.

Respectfully submitted,

*/s/ Sean Marotta*
Hilary Tompkins (D.C. Bar No. 252895)
Sean Marotta (D.C. Bar 1006494)
Danielle Desaulniers Stempel (D.C. Bar No. 1658137)
Brian Malat (D.C. Bar No. 1736216)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
hilary.tompkins@hoganlovells.com
sean.marotta@hoganlovells.com
danielle.stempel@hoganlovells.com
brian.malat@hoganlovells.com

*Counsel for Intervenor-Defendant*
*Atlantic Shores Offshore Wind, LLC*

Dated: April 3, 2026

2