## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAVE LONG BEACH ISLAND, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF COMMERCE, *et al.*,

    *Federal Defendants*,

and

ATLANTIC SHORES OFFSHORE WIND, LLC,

    *Intervenor-Defendant*.

Case No. 1:25-cv-02211-JMC

Honorable Judge Jia M. Cobb

### FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO RESUME PROCEEDINGS AND SET CASE MANAGEMENT SCHEDULE (DKT. NO. 28)

Federal Defendants oppose Plaintiffs' Motion to Resume Proceedings and Set-Case Management Schedule. Dkt. No. 28. Despite supporting Federal Defendants' pending Motion for Voluntary Remand and Stay, Dkt. No. 13, and absent resolution of said motion, Plaintiffs ask the Court to enter a case-management schedule before the pending motion is resolved. *Id.* at 3. The Court should deny Plaintiffs' Motion because it is premature.

On September 26, 2025, Federal Defendants filed a Motion for Voluntary Remand and Stay—a motion Plaintiffs supported and Defendant-Intervenor opposed. Dkt. No. 13. As of December 23, 2025, Federal Defendants' Motion is fully briefed. *See* Dkt. No. 22. Defendant-Intervenor and Federal Defendants have since engaged in discussions about Intervenor's objections to the pending remand motion, as noted in the recent notices filed by Intervenor. *See* Dkt. Nos. 23-26, 29. Federal Defendants' Motion remains pending before the Court.

Plaintiffs' motion is premature because Federal Defendants' motion remains pending—a motion that Plaintiffs continue to support. *See* Dkt. No. 28 ("Plaintiffs support remand, but oppose continued delay of the case without forward movement."). The next appropriate step is to rule on Federal Defendants' motion, not set a case management schedule. Indeed, it would be inefficient and waste of judicial and party resources to proceed with litigation before the motion is resolved. For these reasons, the Court should deny Plaintiffs' motion and decline entering a case management schedule until the pending motion is resolved.

Dated:  June 15, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Amber Dutton-Bynum*
AMBER DUTTON-BYNUM
Trial Attorney (D.C. Bar No. 1778319)
Natural Resources Section
(202) 330-2649
amber.dutton-bynum@usdoj.gov
MICHELLE M. SPATZ
Trial Attorney (D.C. Bar No. 1044400)
Wildlife & Marine Resources Section
(202) 598-9741
michelle.spatz@usdoj.gov

*Counsel for the United States*