**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAVE LONG BEACH ISLAND, INC., *et al.,*

*Plaintiffs*,

v.

U.S. DEPARTMENT OF COMMERCE, *et al.,*

*Federal Defendants*

and

ATLANTIC SHORES
OFFSHORE WIND,
LLC,

*Intervenor-Defendant.*

Case No.: 1:25-cv-02211-JMC

Judge Jia M. Cobb

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO RESUME PROCEEDINGS AND**
**SET CASE-MANAGEMENT SCHEDULE**

Atlantic Shores' Opposition to Plaintiffs' Motion to Set Case Management Schedule principally relies upon the RENEW Northeast[1] case as justification for further postponement of this case. Atlantic Shores requested that the Court postpone any further action in this case until the government's motion in RENEW Northeast is resolved, because that ruling could allegedly affect the status of Federal Defendants' pending remand motion in this case.

---

[1] RENEW Ne. v. United States Dep't of Interior, No. 1:25-CV-13961-DJC, 2026 WL 1078282 (D. Mass. Apr. 21, 2026).

1

The United States District Court for the District of Massachusetts rendered a ruling, today (June 16, 2026) in that matter,[2] which denied Federal Defendants' relief as to the Zerzan M-Opinion, relevant here. However, notwithstanding the disposition of that particular motion, Federal Defendants emphasized the appeal deadline in their opening Motion, "Defendants' deadline to appeal from the April 21 preliminary injunction orders is June 22, so Defendants respectfully request a ruling on this motion not later than June 18." See Fed. Defs.' Mot. for Relief from or Clarification of Preliminary Injunction Orders at 2, RENEW Ne. v. U.S. Dep't of Interior, No. 1:25-cv-13961-DJC, ECF No. 93 (D. Mass. May 20, 2026). Thus, regardless of that ruling on the Federal Defendants' motion, an appeal would cause uncertainty regarding remand to persist for an indeterminate period of time.

As articulated in Plaintiffs' Motion to Set Case Management Schedule filed June 1, 2026, discussions between BOEM and Atlantic Shores and setting a case management schedule need not be mutually exclusive. Federal Defendants and Atlantic Shores remain at liberty to advise the Court of new developments that bear on remand or this case generally. Furthermore, the short-term event identified in Atlantic Shores' opposition occurred (today), and any further uncertainty is appellate or strategic uncertainty, neither of which provides a basis to keep Plaintiffs' case indefinitely, functionally stayed.

Nor does Federal Defendants' opposition provide an independent basis to deny Plaintiffs' Motion. Plaintiffs do not dispute that the remand motion is pending, but Federal Defendants fail to articulate why remand discussions cannot continue contemporaneously with a case-management schedule.

---

[2] See Order, RENEW Ne. v. U.S. Dep't of Interior, No. 1:25-cv-13961-DJC, ECF No. 103 (D. Mass. June 16, 2026).

Therefore, Plaintiffs respectfully request that the Court enter a case-management order requiring the parties to submit a proposed schedule within seven days, including deadlines for lodging the administrative record, any record-related motions, and cross-motions for summary judgment. Plaintiffs further request that the Court make clear that such a schedule does not prevent Atlantic Shores or Federal Defendants from advising the Court of any concrete developments bearing on the pending Remand Motion that may affect the case.

Dated: June 16, 2026

Respectfully submitted,

*/s/ Thomas Stavola Jr. Esq.*
Thomas Stavola Jr. Esq.
*Counsel for Plaintiffs*
DC Bar ID number: 90015331
Law Office of Thomas Stavola Jr. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
732-539-7244

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing Plaintiffs' Reply in Support of Motion to Resume Proceedings and Set Case Management Schedule with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 16, 2026

Respectfully submitted,

*/s/ Thomas Stavola Jr. Esq.*
Thomas Stavola Jr. Esq.
*Counsel for Plaintiffs*
DC Bar ID number: 90015331
Law Office of Thomas Stavola Jr. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
732-539-7244