CO-386
10/2018

# United States District Court
# For the District of Columbia

Save Long Beach Island, et al.,　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff　　　)　　Civil Action No._____1:25-cv-02211-JMC_____
　　　　　vs　　　　　　　　　　　)
U.S. Department of Commerce, et al.,　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant　　　 )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Atlantic Shores Offshore Wind, LLC__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Atlantic Shores Offshore Wind, LLC__ which have

any outstanding securities in the hands of the public:

As of June 30, 2026, Atlantic Shores Offshore Wind, LLC is a Delaware limited liability company owned by EDF-RE Offshore Development, LLC, a Delaware limited liability company, and KKR Lafayette ASOW Buyer, Inc., a Delaware corporation.  EDF-RE Offshore Development, LLC is an indirect subsidiary of its ultimate parent company, Électricité de France SA, which does not have outstanding securities in the hands of the public.  KKR Lafayette ASOW Buyer, Inc. is an indirect subsidiary of its ultimate parent company, KKR & Co. Inc., a corporation publicly traded on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Hilary Tompkins
_____
Signature

　252895
_____　　Hilary Tompkins
BAR IDENTIFICATION NO.　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　555 Thirteenth Street NW
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　City　　　　　　State　　　　Zip Code

　　　　　　　　　　　　　　　　　　　　(202) 637-5617
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Phone Number